## 67903. STEVENS v. THE STATE.

CARLEY, Judge.
Appellant appeals from an order holding him in wilful contempt of court for failure to abide by a previous order requiring him to pay child support. It appears from the record that appellant was incarcerated after being found in contempt of court. However, it further appears that he was released from confinement upon paying his child support arrearage. Accordingly, this matter is now moot. *Imperial Body Works v. Nat. Claims Svc.*, 158 Ga. App. 241 (279 SE2d 534) (1981).
*Appeal dismissed. Quillian, P. J., and Birdsong, J., concur.*

DECIDED JUNE 21, 1984 —
REHEARING DENIED JULY 10, 1984 —

Alexander Stevens, *pro se.*
Glenn Thomas, Jr., District Attorney, James A. Chamberlin, Jr., Assistant District Attorney, Michael J. Bowers, Attorney General, James P. Googe, Jr., Executive Assistant Attorney General, H. Perry Michael, First Assistant Attorney General, Carol A. Cosgrove, Senior Assistant Attorney General, Mary Foil Russell, Assistant Attorney General, for appellee.